

# Fourth Court of Appeals
## San Antonio, Texas

January 6, 2021

No. 04-20-00573-CV

**IN THE INTEREST OF M.L.U., D.L.U., A.L.U., CHILDREN**

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-00819
Honorable Peter A. Sakai, Judge Presiding

# O R D E R

The Appellant, JLW's Motion for Extension of Time to File Brief is hereby GRANTED. The appellant, JLW's brief is due on or before January 25, 2021.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of January, 2021.

_____
Michael A. Cruz,
Clerk of Court